UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

BRYAN KEITH CRAWFORD )
)
v. ) NO. 2:12-CV-163
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. [Doc. 18]. The plaintiff has filed objections to this report. [Doc. 19].

After careful *de novo* consideration of the record as a whole, the plaintiff's objections, the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, the motion for judgment on the pleadings filed by the plaintiff is **DENIED**, [Doc.12], the motion for summary judgment filed by the defendant is **GRANTED,** [Doc. 16], and the plaintiff's complaint is **DISMISSED**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/*Debra C. Poplin*
   CLERK OF COURT